UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 19-1878 (MJD/LIB)

John Doe,

        Plaintiff,

v.　　　　　　　　　　　　　　　　**ORDER OF REFERRAL**

Carleton College,

        Defendants.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Leo I. Brisbois is designated to review the Motion to Dismiss [Doc. #17].  Magistrate Judge Brisbois is to submit proposed findings of fact and recommendations of law on the motion which may be filed in this matter.  An order will be issued ruling on the motion after the objection period is complete. Defendant shall contact Magistrate Judge Brisbois's Chambers to schedule a hearing for the motion.

Dated:   October 2, 2019

                                                s/ Michael J. Davis
                                                Michael J. Davis
                                                United States District Court