# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Taariq Vanegas, | Case No. 0:19-cv-01878-MJD-LIB |
| Plaintiff, | |
| vs. | **SECOND AMENDED NOTICE OF HEARING ON MOTION TO DISMISS** |
| Carleton College, | |
| Defendant. | |

TO: Plaintiff and his attorney, Beau D. McGraw, McGraw Law Firm, PA, 10390 39th Street N., Lake Elmo, MN 55042:

**PLEASE TAKE NOTICE** that the above-titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy:

☒   A hearing for the above-titled motion will take place:

On: December 9, 2019
At: 1:30 p.m.
In: Devitt Courtroom
At: United States District Court, 316 North Robert Street, St. Paul, MN 55101
Before: Leo I. Brisbois, Magistrate Judge

Defendant Carleton College will move the Court for an Order dismissing Plaintiff's Complaint with prejudice.

FAEGRE BAKER DANIELS LLP

Dated: November 14, 2019

*/s/ Sean R. Somermeyer*
Sean R. Somermeyer, 391544
 *Sean.Somermeyer@FaegreBD.com*
Sara L. Lewenstein, 400160
 *Sara.Lewenstein@FaegreBD.com*

2

        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402
        Telephone: (612) 766-7000

        *Attorneys for Defendant Carleton College*