UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Taariq Vanegas,

    Plaintiff,

v.                                **ORDER**
                                  Civil No. 19-1878 (MJD/LIB)

Carleton College,

    Defendant.

---

This matter is before the Court on Defendant's letter request dated September 4, 2020 to file a motion for reconsideration of this Court's Order dated May 1, 2020 (Doc. No. 37) based on the decision of the Eighth Circuit in <u>Doe v. Univ. of St. Thomas</u>, __ F.3d __, 2020 WL 5079334 (8th Cir. Aug. 28, 2020).

Based on the files, record, and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant's letter request to file a motion for reconsideration of the Order dated May 1, 2020 (Doc. No. 37) is **GRANTED.**

Date: September 16, 2020

                                                        s/ Michael J. Davis
                                                        Michael J. Davis
                                                        United States District Court