# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Taariq Vanegas, <br><br> Plaintiff, <br><br> vs. <br><br> Carleton College, <br><br> Defendant. | Case No. 19-cv-01878-MJD-LIB <br><br> **L.R. 7.1(f)** <br> **CERTIFICATE OF COMPLIANCE** |

I, Sean R. Somermeyer, certify that the Defendant's Memorandum of Law in Support of Its Motion to Reconsider complies with the length limitations of Local Rule 7.1(f) and the type-size requirements of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Office 365 ProPlus, and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 3,301.

FAEGRE DRINKER BIDDLE & REATH LLP

Dated:  September 23, 2020

*s/ Sean R. Somermeyer*
Sean R. Somermeyer, 391544
 Sean.Somermeyer@FaegreBD.com
Sara L. Lewenstein, 400160
 Sara.Lewenstein@FaegreBD.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone: (612) 766-7000

*Attorneys for Defendant Carleton College*