UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Taariq Vanegas,

    Plaintiff,

v.

                  ORDER
                  Civil No. 19-1878 (MJD/LIB)

Carleton College,

    Defendant.

---

This matter is before the Court on Plaintiff's request for an extension to modify the briefing schedule regarding Defendant's motion for reconsideration. Based on the files, record, and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Consent Motion to Modify Briefing Schedule [Doc. No. 51] is **GRANTED**.  Plaintiff shall file his response to the motion for reconsideration on or before October 7, 2020.

Date:  October 5, 2020

                                                    s/ Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court